ELMER SPEEDLING, an Infant, by ELMER B. SPEEDLING, His Guardian ad Litem, et al., Appellants, v. ANTHONY PAMPINELLA, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.